UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

RICHARD ROBERT STROH

CASE NO.: 21-18832-SMG
CHAPTER: 13

Debtor.
_____/

Motion to Value & Determine Secured status of lien on Real property held by LB-Igloo Series IV Trust

Thru stated plan and mortgage mediation requests Debtor has submitted estimated valuation of real property in it's current "As is" condition and asks for independant appraisal & loan modification at appraised value.

Wherefore Richard R. Stroh respectfully requests that this Honorable Court grant this motion.

Certificate of Service

service list

LB-Igloo Series IV Trust
7114 E. Stetson Drive Suite 250
Scottsdale, AZ 85251

R. Weiner CH13 Trustee
Box 559007
Ft Lauderdale, FL 33355-9007

Richard R Stroh 10/11/19
Richard R. Stroh
Debtor
11901 Sailboat Dr
Cooper City FL 33026
Ph (954) 684-3851

Rushmore Loan Mgmt Service LLC
15480 Laguna Canyon Road Suite 100
Irvine CA 92618-2132